IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARREN L. BLACK,

    Petitioner,

v.                                         4:23cv271–WS/MJF

RICKY DIXON,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 20) docketed October 25, 2024. The magistrate judge recommends that Petitioner's second amended petition for writ of habeas corpus be DENIED. Petitioner has no filed objections to the report and recommendation.

The court has determined that the magistrate judge's report and recommendation is due to be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to demonstrate that he is entitled to relief under 28 U.S.C. § 2254. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 20) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's second amended petition for writ of habeas corpus (ECF No. 8), challenging Petitioner's judgment of conviction in *State of Florida v. Darren L. Black*, Leon County Circuit Court Case No. 2012–CF–2432, is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's second amended petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

5. The clerk shall close the case.

DONE AND ORDERED this __3rd__ day of __December__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE.